UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
04-30017-MAP

| | |
|---|---|
| DIRECTV, Inc. ) | Case No.: |
| Plaintiff, ) | |
| ) | CORPORATE DISCLOSURE |
| vs. ) | |
| ) | U.S. DISTRICT COURT |
| Mark Parisi ) | DISTRICT OF MASS |
| Defendant ) | |

Pursuant to LR, D. Mass 7.3 the corporate Plaintiff in the above referenced action, DIRECTV, Inc., now makes this disclosure:

1. **DIRECTV, Inc.** (a California Corp.) is a wholly owned subsidiary of DIRECTV Enterprises, LLC (a Delaware Limited Liability Company);

2. **DIRECTV Enterprises** is a wholly owned subsidiary of DIRECTV Holdings, LLC (a Delaware LLC);

3. **DIRECTV Holdings, LLC** is a wholly owned subsidiary of Hughes Electronic Corporation (a Delaware Corp.);

4. **Hughes Electronic Corporation** is a wholly owned subsidiary of General Motors Corporation (a Delaware Corp.);

5. **General Motors Corporation** (a Delaware Corp.) is a publicly-held corporation.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney

1/26/04
Date

John M. McLaughlin (BBO: 556328)
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Page   1

02