UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DIRECTV,
          Plaintiff

V.                                                       CA 04-30017-MAP

MARK PARISI,
          Defendant

## ORDER OF TRANSFER

January 29, 2004

PONSOR, D.J.

    Pursuant to the provisions of Local Rule 40.1(D)(2) and due to the residence of the defendant, it is hereby ordered that this case be transferred to Boston for reassignment by the Clerk.

    It is so ordered.

                                        /s/Michael A. Ponsor
                                        U.S. District Judge