AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

DIRECTV, Inc.

V.

Mark Parisi

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30017-MAP

TO: (Name and address of Defendant)

Mark Parisi
9 Carriage Way
Methuen, MA 01844

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_Mary Finn_
(By) DEPUTY CLERK

January 27, 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

NAM

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

March 8, 2004

I hereby certify and return that on 3/5/2004 at 11:30 am I served a true and attested copy of the summons, civil action sheet, corporate disclosure and complaint in this action in the following manner: To wit, by leaving at the **last and usual place of abode of Mark Parisi A/K/A Mark D. Parisi, 9 Carriage Way, Methuen, MA 01844**, and by mailing 1st class to the above address on 3/5/2004. Basic Service Fee ($20.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($3.00), Copies ($10.00) Total Charges $48.90

Deputy Sheriff Larry Giordano

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                  Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.