UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DirecTV

        Plaintiff(s),        CIVIL ACTION
                                NO. 04-30011-PBS

    v.

Mark Parisi

        Defendant(s).

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                      May 7, 2004

      The Scheduling Conference previously scheduled for May 13, 2004, has been **rescheduled** to **June 3, 2004, at 3:15 p.m.**

                                                By the Court,

                                              /s/ Robert C. Alba
                                            Deputy Clerk

Copies to: All Counsel

resched.ntc