UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | |
| ) | CIVIL ACTION |
| Plaintiff, ) | NO. 04-30017-PBS |
| ) | |
| vs. ) | ASSENTED TO MOTION TO |
| ) | RESCHEDULE HEARING |
| **Mark Parisi** ) | |
| ) | |
| Defendant ) | |

The Plaintiff moves this court for an order rescheduling the scheduling conference presently calendared for June 3, 2004 at 3:15 p.m.

As grounds for this motion the Plaintiff asserts that:

1. Plaintiff's counsel is presently scheduled for another hearing on the same date and approximate time in Bridgeport Connecticut Federal District Court;

2. This Connecticut hearing is a rescheduled hearing from a previous date in May;

3. Defendant assents to this motion;

4. In further support of this motion please see attached affidavit.

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has called Attorney William Thornton who has consulted with the Defendant, but not yet filed an appearance. After that consultation, Attorney Thornton stated that the Defendant will assent to this motion.

Attorney for Plaintiff, DIRECTV, Inc.

_____
John M. McLaughlin (BBO: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865