UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | CIVIL ACTION NO. 04-30017-PBS |
| ) | |
| Plaintiff, ) | AFFIDAVIT IN SUPPORT OF |
| ) | PLAINTIFF'S ASSENTED TO MOTION |
| vs. ) | TO RESCHEDULE HEARING |
| ) | |
| **Mark Parisi** ) | |
| ) | |
| Defendant ) | |

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge:

1. The undersigned, John M. McLaughlin, represents the Plaintiff in the above-entitled action.

2. I am a member of the Law Firm of McLaughlin Sacks, LLC;

3. I presently have a conflict with the scheduled date/time for the scheduling conference in this action.

4. I am also scheduled for a similar hearing in Federal District Court in Bridgeport, Connecticut.

5. I move to postpone this hearing because the Connecticut hearing is a rescheduled hearing from a previous date.

6. I called Attorney William Thornton who has consulted with the Defendant, but not yet filed an appearance.

Page 1

7. After that consultation, Attorney Thornton stated that the Defendant assents to this motion.

Subscribed and sworn to, under the pains and penalties of perjury, this 1st day of June 2004.

John M. McLaughlin
McLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

      In a good faith attempt, I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 1st day of June 2004, a copy of the foregoing Motion for re-scheduling and affidavit in support were mailed both first class mail to:

Mark Parisi
9 Carriage Way
Methuen, MA  01844


via electronic mail to:

Attorney William Thornton
thorntonlaw@choiceonemail.com

                                                          */s/ John M. McLaughlin*
                                                          John M. McLaughlin, Esq.