UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV,Inc.

        Plaintiff,                    CIVIL ACTION
                                              NO.   04-30017-PBS

       v.

Mark Parisi

        Defendant.


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                      June 8, 2004

     The Scheduling Conference  previously scheduled for June 11, 2004, has been **rescheduled** to **June 16, 2004, at 3:15 p.m.**

                                                       By the Court,


                                                       _/s/ Robert C. Alba_
                                                       Deputy Clerk


Copies to:  All Counsel


resched.ntc