# MCLAUGHLIN SACKS, LLC
### ATTORNEYS AT LAW
31 TRUMBULL ROAD
NORTHAMPTON, MA 01060



**JOHN M. MCLAUGHLIN**
ADMITTED IN MA AND CT

**HARLEY M. SACKS**
ADMITTED IN MA AND NY

April 9, 2004

**VIA FEDEX: 8455 5497 9433**

Mark Parisi
9 Carriage Way
Methuen, MA 01844

    RE:   **DIRECTV, Inc. vs. Mark Parisi**
            **Docket No: 04-30017 PBS**

Dear Mr. Parisi:

Enclosed please find a draft of the Plaintiff's Joint Statement of the Parties and Settlement Proposal, pursuant to Local Rule 16.1(D) in the above-referenced matter. Please contact Attorney McLaughlin as soon as possible to discuss any changes you may have.

If this draft Joint Statement meets your approval, please execute where indicated and return to our office **no later than Monday, May 3, 2004.** *Per order of the Court, a final Joint Statement must be filed in court on or before March 8, 2004.*

If you have any questions, please do not hesitate to contact this office.

            Very truly yours,

            MCLAUGHLIN SACKS, LLC

            Rhonda J. Wainwright
            Legal Assistant

RJW/rjw

Enclosures

Telephone (413) 586-0865            Facsimile (413) 584-0453