# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                                    Civil Action
                                                                    No: 04-30017-PBS

DIRECTV, Inc.
Plaintiff

v.

Mark Parisi
Defendant

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

      The Court having been advised that the above captioned action settled:

      It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

                                                                    By the Court,

                                                                    /s/ Robert C. Alba
                                                                  Deputy Clerk

June 16, 2004

To: All Counsel